IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
NORTH CAROLINA ASHEVILLE DIVISION
CIVIL NO. 1:09-CV-388

| | |
|---|---|
| THOMAS S. DARNALL, JR.,<br><br>        Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION,<br>CHARLES SCHWAB & CO., INC., and<br>CHARLES SCHWAB INVESTMENT<br>MANAGEMENT, INC.,<br><br>        Defendants. | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby takes a voluntary dismissal WITHOUT PREJUDICE of all of his claims against all Defendants. Plaintiff and Defendants join in this stipulation of dismissal.

This the 10th day of December, 2009.

        VAN WINKLE, BUCK, WALL, STARNES
          and DAVIS, P.A.

        By:/s/Stephen J. Grabenstsein
        Stephen J. Grabenstein
        Attorney for Plaintiff
        11 North Market Street
        Asheville, NC 28801
        Telephone: (828) 258-2991
        Fax: (828) 255-0255
        N.C. Bar No.: 18848
        E-mail sgrabenstein@vwlawfirm.com

LONG, PARKER, WARREN, ANDERSON &
    PAYNE, P.A.

By:<u>/s/Philip S. Anderson</u>
Philip S. Anderson
Attorney for Defendants
Post Office Box 7216
Asheville, NC  28802
Telephone: (828) 258-2296
Fax: (828) 253-1073
N.C. Bar No.: 21323
E-mail <u>philip@longparker.com</u>